# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re:  DONALD NMN JORDAN | Chapter 13 |
| | Case No.: 19-40773-btf-13 |
| **Debtor** | |
| SSN XXX-XX-1454 | |

## ORDER CANCELLING WAGE ORDER TO EMPLOYER

You are hereby notified that the Order issued to you to pay the Chapter 13 Trustee, Richard V. Fink, is hereby cancelled.

AMAZON
ATTN:  PAYROLL DEPARTMENT
410 TERRY AVE N
SEATTLE, WA  98109

/s/ Brian T. Fenimore

April 04, 2024

Bankruptcy Judge

### NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
SADER LAW FIRM LLC (449) - ATTORNEY FOR DEBTOR(S)
AMAZON (409073)

/s/ Richard V. Fink, Trustee

SL     /Order - Wage - Cancel - Employer